# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN WHITE,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:11-CV-00015-LRH-(RAM)

**ORDER**

    The court dismissed ground 1 of the petition (#6) because it alleged errors in the state post-conviction proceedings, which are not addressable in federal habeas corpus. Franzen v. Brinkman, 877 F.2d 26, 26 (9th Cir. 1989). The court ordered petitioner to file an amended petition because in his remaining ground, that he was coerced into pleading guilty, he did not allege any facts that could show how he was coerced. Petitioner has not filed an amended petition within the allotted time, and the court will dismiss this action.

    Reasonable jurists would not find this court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

///

///

///

///

///

///

-2-

1  IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for
2 petitioner's failure to comply with the court's order (#5). The clerk of the court shall enter
3 judgment accordingly.
4  IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.
5  DATED this 7th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE