AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

SHAWN WHITE,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER: 3:11-CV-00015-LRH-(RAM)

E.K. MCDANIEL, et al,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for petitioner's failure to comply with the court's order [5].   IT IS FURTHER ORDERED that a certificate of appealability is DENIED.


6/8/2011                                             **LANCE S. WILSON**
                                                              Clerk

                                                      /s/ M. Campbell
                                                       Deputy Clerk